# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KIRAN KUMAR REDDY KONDAPALLI,

    Plaintiff,

v.                        Case No. 3:22-cv-896-TJC-PDB

FIDELITY NATIONAL INFORMATION SERVICES,

    Defendant.

## O R D E R

This case is before the Court on pro se Plaintiff Kiran Kumar Reddy Kondapalli's Motion to Proceed In Forma Pauperis (Doc. 2). On March 15, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 17) recommending that the motion be denied and this case be dismissed. On April 6, 2023, Plaintiff filed an objection to the Report and Recommendation (Doc. 18), which the Court has reviewed. Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 17), it is hereby

**ORDERED:**

1. Plaintiff's Objection to the Report and Recommendation (Doc. 18) is **OVERRULED**. The Report and Recommendation of the Magistrate Judge (Doc. 17) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**. This case is **DISMISSED with prejudice**.

3. The clerk shall terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Pro se Plaintiff

Counsel of record